# IN THE MATTER OF PHILIP SARGENT

## 1811

### JOURNAL ENTRIES

1. Recognizance filed . . . . . . . . . *Journal, infra,* \*p. 371

### PAPERS IN FILE

1. Recognizance to appear and to keep the peace . . . . . . . . .